THE VELEZ LAW FIRM
Mark P. Velez (SBN 163484)
velezlaw@live.com
690 Destiny Drive
Rocklin, California  95677
Telephone:  (916) 774-2720
Facsimile:  (916) 774-2730

Attorneys for Plaintiff
EVETTE TSANG


SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Pritee K. Thakarsey (SBN 266168)
pthakarsey@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY (erroneously sued as NEW YORK LIFE INSURANCE CO., INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVETTE TSANG,<br><br>            Plaintiff,<br><br>     v.<br><br>NEW YORK LIFE INSURANCE CO., INC., A New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION; A Delaware Corporation, RICHARD SKINNER, an Individual, and Does 1-50 inclusive,<br><br>            Defendants. | Case No. 2:14-CV-00005-WBS-AC<br><br>**JOINT STIPULATION FOR DISMISSAL OF THIRD CAUSE OF ACTION AND [PROPOSED] ORDER** |

It is hereby stipulated by and between Plaintiff Evette Tsang ("Plaintiff") and New York Life Insurance Company, through their respective counsel of record, that the Third Cause of Action for Harassment in Plaintiff's Complaint for Damages, be dismissed against all Defendants, WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: April __,  2014

THE VELEZ LAW FIRM

By /s/ Mark P. Velez (as authorized on 4/2/14)
    Mark P. Velez
Attorney for Plaintiff
EVETTE TSANG

DATED: April __, 2014

SEYFARTH SHAW LLP

By /s/ Christian J. Rowley
    Christian J. Rowley
    Pritee K. Thakarsey
Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY
(erroneously sued as NEW YORK LIFE INSURANCE CO., INC.)

**IT IS SO ORDERED.**

Dated:  April 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

17135750v.1