SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Pritee K. Thakarsey (SBN 266168)
pthakarsey@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY
(erroneously sued as NEW YORK LIFE INSURANCE CO., INC.)

THE VELEZ LAW FIRM
Mark P. Velez (SBN 163484)
velezlaw@live.com
6940 Destiny Drive
Rocklin, California 95677
Telephone: (916) 774-2720
Facsimile: (916) 774-2730

Attorneys for Plaintiff
EVETTE TSANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVETTE TSANG,<br><br>          Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE CO., INC., A New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION; A Delaware Corporation, RICHARD SKINNER, an Individual, and Does 1-50 inclusive,<br><br>          Defendant. | Case No. 2:14-CV-00005-WBS-AC<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Evette Tsang and Defendant New York Life Insurance Company, through their respective counsel of record, that the above-captioned action be dismissed, WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own fees and costs in connection with this action.

DATED: October 15, 2014                    Respectfully submitted,

                                                SEYFARTH SHAW LLP

                                                By:    /s/ Christian J. Rowley
                                                        Christian J. Rowley
                                                        Pritee K. Thakarsey

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY
(erroneously sued as NEW YORK LIFE INSURANCE CO., INC.)

DATED: October 15, 2014                    Respectfully submitted,

                                                VELEZ LAW FIRM

                                                By:    /s/ Mark P. Velez
                                                         Mark P. Velez

Attorneys for Plaintiff
EVETTE TSANG

**ORDER**

IT IS SO ORDERED.

Dated: October 21, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE